```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|                              |   |                                  |
|------------------------------|---|----------------------------------|
| JUE WANG,                    | : | CIVIL ACTION NO. 06-6059 (MLC)   |
|     Petitioner,              | : | **MEMORANDUM OPINION**           |
|     v.                       | : |                                  |
| ALBERTO R. GONZALES, et al., | : |                                  |
|     Respondents.             | : |                                  |

**THE PETITIONER** having brought this matter concerning an application for naturalization (dkt. entry no. 1); and the respondents now "advis[ing] the Court that the captioned action is moot", as the petitioner's "application was approved and she is scheduled for naturalization later in the month" (dkt. entry no. 11, 7-6-07 Letter); and thus the Court intending to (1) dismiss the petition as moot, and (2) close the matter; and for good cause appearing, the Court will issue an appropriate order and judgment.

```
                                    s/ Mary L. Cooper
                                  MARY L. COOPER
                                  United States District Judge
```